# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0817
Lower Tribunal No. 2021-CF-006121-A-OR

_____

JONAH D. HARRIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Diego M. Madrigal, III, Judge.

March 13, 2026

PER CURIAM.

AFFIRMED. *See Price v. State*, 776 So. 2d 1100, 1101 (Fla. 5th DCA 2001).

STARGEL, WOZNIAK and SMITH, JJ., concur.


Blair Allen, Public Defender, and Maureen E. Surber, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED